IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ADONIS GARTH WILSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:10CV718 |
| | ) | 1:06CR48-1 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

Petitioner Adonis Garth Wilson was granted relief under the First Step Act in July, 2019 when the Court reduced his sentence of imprisonment to time served and his period of supervised release from 8 to 6 years. Rather than administratively dismissing his § 2255 and Rule 59(e) motions pending at the time of his First Step Act reductions, the Court elects to enter the following order.

On December 14, 2018, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections [Doc. #97] to the Recommendation within the time limit prescribed by Section 636. The Court has reviewed Petitioner's objections de novo and finds they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #95], which is affirmed and adopted.

IT IS THEREFORE ORDERED that the prior stays in this case are LIFTED, that Respondent's Motion to Dismiss [Doc. #52] and Renewed Motion to Dismiss [Doc. #59] are GRANTED, that Petitioner's Motion [Doc. #34] to vacate, set aside or correct

sentence, as supplemented and amended, is DISMISSED, that Petitioner's Motion [Doc. #61] under Rule 59 is DENIED, and that judgment be entered dismissing this action. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is DENIED.

This, the 27th day of July, 2020.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge